578

242 U.S. 649, 37 S.Ct. 242

## AMERICAN BANK OF ALASKA, Petitioner, v. EDWIN RICHARDS.

No. 819.

Supreme Court of the United States.

Jan. 15, 1917.

Messrs. Charles J. Heggerty and James Raleigh Kelly, for petitioner.

Mr. W. H. Metson, for respondent.

Denied.